IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**   \*

      \*   **CRIMINAL NO. 10-00130-CG**

**v.**   \*

      \*

**JONATHAN MARK JANTZ**   \*

## FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on September 20, 2010, the Defendant, **JONATHAN MARK JANTZ** entered a plea of guilty to Counts One and Two of the indictment and, as a condition of his guilty plea, the Defendant, **JONATHAN MARK JANTZ** agreed to forfeit to the United States all of his right, title, and interest to all property which is set forth in the forfeiture notice of the indictment and which is forfeitable to the United States pursuant to Title 18, United States Code, Section 2253 and 21 United States Code, Section 853. Pursuant to the guilty plea, **JONATHAN MARK JANTZ**, agreed to and confessed to forfeit the following property:

- **(1) One Toshiba laptop computer, serial number 82072775P with power cord, serial number F8TB05O2205474;**
- **(2) One Western Digital hard drive, serial number WMA2J1180964;**
- **(3) One Western Digital hard drive, serial number WM6272507672;**
- **(4) One Western Digital hard drive, serial number WMADM1173041;**
- **(5) One Western Digital hard drive, serial number WMAD6Y2947558**;
- **(6) One Maxtor hard drive, serial number C60333LC;**
- **(7) One Seagate hard drive, serial number 3HSADHTL;**

(8) **One Western Digital hard drive, serial number WM677;**

(9) **One Seagate hard drive, serial number 3RIS9PYBY; and**

(10) **One Maxtor hard drive, serial number Y6OJDG9E.**

**WHEREAS**, the United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting November 20, 2010 on www.forfeiture.gov. A Proof of Publication was filed on December 20, 2010, (Doc. 44), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to The United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

(1) **One Toshiba laptop computer, serial number 82072775P with power cord, serial number F8TB05O2205474;**

(2) **One Western Digital hard drive, serial number WMA2J1180964;**

(3) **One Western Digital hard drive, serial number WM6272507672;**

(4) **One Western Digital hard drive, serial number WMADM1173041;**

(5) **One Western Digital hard drive, serial number WMAD6Y2947558**;

(6) **One Maxtor hard drive, serial number C60333LC;**

(7) **One Seagate hard drive, serial number 3HSADHTL;**

**(8) One Western Digital hard drive, serial number WM677;**

**(9) One Seagate hard drive, serial number 3RIS9PYBY; and**

**(10) One Maxtor hard drive, serial number Y6OJDG9E.**

**IT IS FURTHER ORDERED** that the court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Sean P. Costello.

**DONE** and **ORDERED** this 22nd day of February, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE